IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY ANDERSON
ADC # 128587                                                                         PETITIONER

v.                                      No. 5:14-cv-169-DPM-HDY

RAY HOBBS, Director, ADC                                              RESPONDENT

## ORDER

Opposed recommendation, № 13, adopted. FED. R. CIV. P. 72(b)(3). Anderson's objections, № 14, are overruled. Anderson's claims fail on the merits.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2014