# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GARY ANDERSON**
**ADC # 128587**                                                    **PETITIONER**

v.                          No. 5:14-cv-169-DPM

**RAY HOBBS, Director, ADC**                                        **RESPONDENT**

## JUDGMENT

Anderson's petition for writ of habeas corpus is dismissed with prejudice. No certificate of appealability will issue because Anderson hasn't made a substantial showing that the Constitution was violated in his case.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 August 2014